IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02054-MSK-KMT

LENOX-MACLAREN SURGICAL CORPORATION,

    Plaintiff,

v.

MEDTRONIC SOFAMOR DANEK USA, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff Lenox-MacLaren Surgical Corporation's Unopposed Motion to Vacate June 12, 2008 Settlement Conference" (#46, filed June 9, 2008) is **GRANTED**. The Settlement Conference set for June 12, 2008 is **VACATED**.

Dated: June 11, 2008