IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02054-MSK-KMT

LENOX-MACLAREN SURGICAL CORPORATION,

      Plaintiff,

v.

MEDTRONIC SOFAMOR DANEK USA, INC.,

      Defendant.

## ORDER GRANTING MOTION TO REOPEN

THIS MATTER comes before the Court on the Unopposed Motion to Re-Open Case (Motion) **(#59)** filed May 13, 2010. Having reviewed the Motion, the Court FINDS that good cause exists for granting the relief requested. Accordingly,

**IT IS ORDERED** that the Motion is GRANTED. The Clerk is directed to reopen this case.

DATED this 14th day of May, 2010.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge