IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02054-MSK-KMT

LENOX-MACLAREN SURGICAL CORPORATION,

    Plaintiff,

v.

MEDTRONIC SOFAMOR DANEK USA, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Joint Motion to Dismiss With Prejudice **(#63)** filed June 21, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 21st day of June, 2010.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge